# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S., ex. rel. V. LIPTAK,  )<br>    )<br>    Plaintiff,  )<br>    )<br>vs.  )<br>    )<br>ALLY BANK, *et al.*,  )<br>    )<br>    Defendants.  )<br>_____) | Case No. 2:12-cv-00882-KJD-GWF<br><br>**ORDER**<br><br>**Motion for Extension of Time to File Answer (#22)** |

This matter comes before the Court on Defendants' Motion for Extension of Time (#22), filed on October 4, 2012. The current deadline to file an answer or other response to Plaintiff's Complaint (#1) is October 11, 2012. Defendants seek an extension until November 16, 2012. Because Defendants assert the need to further analyze the Complaint's potential claims, Defendants substantially establish good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that United States' Motion for Extension of Time to File Answer (#22) is **granted.**

DATED this 5th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge