# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

V.F. LIPTAK,

    Plaintiff,

v.

ALLY BANK, *et al.*,

    Defendants.

Case No. 2:12-CV-0882-KJD-GWF

**ORDER**

    Presently before the Court is Plaintiff's 2nd Request for Recusal (#21).  Much like Plaintiff's first request the second request is meritless.  Plaintiff's motion to recuse must be denied, because he has failed to establish that the Court's impartiality might be reasonably questioned.  See Toth v. Trans World Airlines, 862 F.2d 1381, 1387-88 (9th Cir. 1988)(bias or prejudice justifying recusal must arise from an extrajudicial source and not from conduct or rulings made during the course of the proceeding).  Plaintiff has not demonstrated any extrajudicial source of bias or prejudice, other than his conclusions that a conspiracy must be afoot due to the Court's decisions that have not been in his favor.  Therefore, the Court denies his motion to recuse.

**IT IS SO ORDERED.**

    DATED this 8th day of March 2013.

_____
Kent J. Dawson
United States District Judge